IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS GONZALES,

      Plaintiff,

   vs.                                                         No. CIV 15-0436-LAM

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Remand (Doc. 26)*, filed April 7, 2016. Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion for Remand (Doc. 26)* is **GRANTED** and the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED** that the briefing schedule in this matter is **VACATED**.

**IT IS SO ORDERED.**

                                                    _____
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**
                                                  **Presiding by Consent**

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Electronically submitted 4/7/16*
MICHAEL S. HOWARD
Special Assistant United States Attorney

*Electronically approved 4/6/16*
KARL E. OSTERHOUT
Attorney for Plaintiff