IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS GONZALES,

    Plaintiff,

vs.                               No. CIV 15-0436 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

## FINAL ORDER

    **PURSUANT TO** the Court's Order granting ***Defendant's Unopposed Motion for Remand*** *(Doc. 26)* entered concurrently herewith, the Court enters this ***Final Order*** under Fed. R. Civ. P. 58 **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

                                                */s/ Lourdes A. Martínez*
                                            **LOURDES A. MARTÍNEZ**
                                            **UNITED STATES MAGISTRATE JUDGE**
                                            **Presiding by Consent**